# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

IN THE INTEREST OF A.S.

NO. 2022 KW 1086

**OCTOBER 13, 2022**

---

In Re: A.S., applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 22427.

---

**BEFORE:  McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** The trial court did not abuse its discretion in finding good cause to extend the mandatory adjudication deadline.

**PMc**
**GH**

**McDonald, J.,** dissents and would grant the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT